No. 10–9225. BUMSTEAD *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–9227. JONES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–9231. CADMUS *v.* VARANO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP. C. A. 3d Cir. Certiorari denied.

No. 10–9237. VERDIN-GARCIA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–9238. VILLANUEVA-OCHOA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–9239. TAYLOR *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–9240. YBARRA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–9243. ZEYON *v.* PITKINS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT LAUREL HIGHLANDS. C. A. 3d Cir. Certiorari denied.

No. 10–9246. AYALA ARRIAZA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–9248. PEREZ-CRUZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–9249. MILTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–9256. RIVERA-DELGADO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–9257. FERNANDEZ-HERNANDEZ *v.* UNITED STATES PAROLE COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 10–9258. GRAY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.